# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00148-CV

### In re Julia Aguilar as Guardian for Lacey Silva

### ORIGINAL PROCEEDING FROM CONCHO COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for emergency stay is also denied.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: March 28, 2022